1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE EDWARD PEYTON,**<br><br>Plaintiff,<br><br>v.<br><br>**ANGEL BRIGHT,**<br><br>Defendant. | 2:24-cv-1570-WBS-JDP (P)<br><br>[PROPOSED] **ORDER**<br><br><br>Judge:         The Honorable Jeremy D. Peterson<br>Trial Date:   Not Set<br>Action Filed: 6/03/2024 |

   After reviewing Defendant's Request to Opt Out of Court's Post Screening ADR Project, the Court finds good cause to grant the request.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Defendant's motion to opt out (ECF No. 14) is GRANTED;

   2. The stay of this action is LIFTED; and

   3. Defendant is ordered to file a responsive pleading within thirty (30) days of the issuance of this order.

1  IT IS SO ORDERED.
2
3
   Dated:    January 22, 2025                    _____
4                                                 JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE
5