UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EDWARD PEYTON,<br><br>  Plaintiff,<br><br>  v.<br><br>ANGEL BRIGHT,<br><br>  Defendant. | Case No.  2:24-cv-1570-WBS-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file a reply to defendant's opposition to plaintiff's motion to compel, ECF No. 31.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 33, is GRANTED; and

2. Plaintiff is granted until January 5, 2026, in which to file a reply to defendant's opposition.

IT IS SO ORDERED.

Dated:   December 22, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1